
FILED
CLERK, U.S. DISTRICT COURT

MAR 2 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY REYNA,<br><br>Defendant. | Case No. CR 16-0044-VAP<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On March 28, 2019, Defendant made her initial appearance on the petition for revocation of supervised and warrant for arrest issued on November 26, 2018. Deputy Federal Public Defender Andre Townsend was appointed to represent Defendant.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition, unknown background information and bail resources;

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include use of amphetamines and methamphetamine on multiple dates
>
> ☒ felony conviction and misdemeanor conviction sustained following release, and prior revocations of supervised release.

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 28, 2019

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE